# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE


GLENN HARVEST,                         )
    Plaintiff,                   )
                                )

v.                                )       No. 3:03-CV-702
                                )       (Phillips)

STATE OF TENNESSEE BOARD OF REGENTS,  )
d/b/a ROANE STATE COMMUNITY COLLEGE,  )
    Defendant.                )


## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed this day with the clerk, the motion for summary judgment filed by defendant [Doc. 14] is **GRANTED,** and this action is **DISMISSED.** The final pretrial conference scheduled for August 1, 2005 and the trial on August 8, 2005, are hereby **CANCELLED.**


    **IT IS SO ORDERED.**


ENTER:


      s/ Thomas W. Phillips
      United States District Judge